# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER E. McDOWELL,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-1147 |
| | : | |
| **DEPARTMENT OF HUMAN SERVICES,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this **31ST** day of **March, 2022**, upon consideration of Plaintiff Jennifer E. McDowell's Motion to Proceed *In Forma Pauperis* (ECF No. 4), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                                       **BY THE COURT:**

                                       */s/ Eduardo C. Robreno*
                                       **EDUARDO C. ROBRENO, J.**